IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHASTA C. HOWELL and
SHANE MALLY,

    Plaintiffs,

v.

JUDGE ALAN BATES and
JODI TIMMERMAN,

    Defendants.

Case No.  20-cv-437-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 3/16/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |